**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION, *Plaintiff*, <br><br> v. <br><br> ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, LP, *Defendants*. <br> ————————————————————— <br> ENBRIDGE ENERGY, LP, *Counter-Plaintiff*, <br> v. <br><br> BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity, *Counter-Defendants*. | Misc. Action No. ____ <br><br><br> (Civil Action No. 3:19-cv-00602, Pending in the United States District Court for the Western District of Wisconsin before Judge William M. Conley) |

**ENBRIDGE ENERGY, LP'S MOTION TO COMPEL
NATIONAL WILDLIFE FEDERATION TO COMPLY WITH RULE 45 SUBPOENA
FOR DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure 26, 37, and 45, Defendant/Counterclaimant Enbridge Energy, Limited Partnership ("Enbridge") moves this Court for an order compelling non-party National Wildlife Federation ("NWF") to fully and completely respond to Enbridge's subpoena served on February 18, 2020 and to produce all responsive, non-privileged documents.

For the reasons set forth more fully in the accompanying memorandum in support of this Motion, Enbridge requests this Court to:

1.      Grant Enbridge's Motion to Compel;

2.      Compel NWF to produce all communications responsive to Enbridge's subpoena within eleven (11) days of the date of the Court's Order; and/or

3.      Compel NWF to produce a privilege log for all documents for which a valid claim

of privilege exists within eleven (11) days of the date of the Court's Order, without waiver of any or all of Enbridge's rights to challenge any entries on that log; and

4.      Order such further relief as this Court deems appropriate.

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37(E)

Undersigned counsel hereby certify that they have consulted with opposing counsel and have made a good faith effort to resolve the discovery matters at issue. Specifically, undersigned counsel has held numerous phone calls with NWF's counsel, including most recently on Friday, December 18, 2020, and subsequently exchanged follow-up emails on January 12, 15, 21, 22, 25, and 27, 2021, and on February 4, 5, 10, 12, 16, and 19, 2021, as indicated in Exhibit E. Enbridge agreed to narrow the subpoena, but the parties could not reach agreement on the issues identified in this Motion. If the parties reach an agreement to resolve any remaining issues in this Motion, Enbridge will promptly bring such agreement to the Court's attention.

Dated: February 22, 2021

Respectfully Submitted,

/s/ *Nicholas M. DePalma*
Nicholas M. DePalma (VSB 72886)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Phone: 703.905.1455
Fax: 703.821.8949
NMdepalma@venable.com

*David L. Feinberg (*subject to admission pro hac vice*)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-8278
DLFeinberg@venable.com

*Counsel for Enbridge Energy, Limited Partnership*

## CERTFICATE OF SERVICE

I certify that on February 22, 2021 I served the foregoing document on the counsel below

via e-mail and using the Court's ECF system, and, via e-mail to:

Riyaz A. Kanji
David A. Giampetroni
KANJI & KATZEN, P.L.L.C.
303 Detroit Street, Suite 400
Ann Arbor, Michigan 48104
(734) 769-5400
rkanji@kanjikatzen.com
dgiampetroni@kanjikatzen.com

Cory J. Albright
Jane G. Steadman
Philip H. Tinker
KANJI & KATZEN, P.L.L.C.
401 2nd Avenue South, Suite 700
Seattle, Washington 98104
(206) 344-8100
calbright@kanjikatzen.com
jsteadman@kanjikatzen.com
ptinker@kanjikatzen.com

Bruce Wallace
HOOPER HATHAWAY PRICE BEUCHE & WALLACE
126 S. Main Street
Ann Arbor, Michigan 48104
(734) 662-4426
bwallace@hooperhathaway.com

Oday Salim
NATIONAL WILDLIFE FEDERATION
231 West Liberty Street, Suite 200
Ann Arbor, Michigan 48104
T:(586) 255-8857
salimo@nwf.org

*Counsel for Plaintiff*

Ted A. Warpinksi, Esq.
DAVIS & KUELTHAU
318 S. Washington Street, Suite 300

Green Bay, WI 54301
T: 920.431.2236
F: 920.431.2276
TWarpinski@dkattorneys.com

Benjamin P. Kota, Esq.
National Wildlife Federation
11100 Wildlife Center Drive
Reston, Virginia 20190
703-438-6002
KotaB@nwf.org

*Counsel for National Wildlife Federation*

/s/ *Nicholas M. DePalma*
Nicholas M. DePalma (VSB 72886)
Venable LLP
8010 Towers Crescent Drive, Suite 300
Tysons, VA 22182
Phone: 703.905.1455
Fax: 703.821.8949
NMdepalma@venable.com

*Counsel for Enbridge Energy, Limited Partnership*