# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION, *Plaintiff*,<br><br>v.<br><br>ENBRIDGE ENERGY COMPANY, INC., and ENBRIDGE ENERGY, LP, *Defendants*.<br><br>ENBRIDGE ENERGY, LP, *Counter-Plaintiff*,<br>v.<br><br>BAD RIVER BAND OF THE LAKE SUPERIOR TRIBE OF CHIPPEWA INDIANS OF THE BAD RIVER RESERVATION and NAOMI TILLISON, in her official capacity, *Counter-Defendants*. | Misc. Action No. \_\_\_\_<br><br>(Civil Action No. 3:19-cv-00602, Pending in the United States District Court for the Western District of Wisconsin before Judge William M. Conley) |

## **[PROPOSED] ORDER**

This matter came before the Court on the Motion to Compel filed by Defendant/Counterclaimant Enbridge Energy, Limited Partnership ("Enbridge"). Upon consideration of Enbridge's Motion, National Wildlife Federation's ("NWF") Opposition, Enbridge's Reply, and oral argument before the Court, the Court orders the following:

1. Enbridge's Motion to Compel is Granted;

2. NWF shall produce to Enbridge all non-privileged communications responsive to Enbridge's Subpoena within eleven (11) days of the date of this Order; and/or

3. NWF shall produce a privilege log of all communications for which a valid claim of privilege exists within eleven (11) days of the date of the Court's Order, without waiver of any or all of Enbridge's rights to challenge any entries on that log.

Dated:  March ___, 2021

                                                                                           _____

                                                                                           Judge